In the Supreme Court

RBL<sup>e</sup> on the third monday in Sept<sup>ber</sup> 1811

*William Gray*
*vs*
*Augustus B. Woodward*

H. Hickman att<sup>y</sup> for ptff

TERRITORY OF MICHIGAN, TO WIT

THE UNITED STATES *of America to the Marshall of the territory of Michigan:* You are hereby commanded that you take Augustus B. Woodward if to be found within Said territory, and him Safely Keep, So that you have his body before our judges of our Supreme Court to be holden at Detroit on the third monday in September next, then & there in our Said court before our Said judges, to answer William Gray, in a plea of trespass on the case, to the damage of the Said William Gray as is Said . . . . which Shall then & there be made to appear; and of this writ make due return. WITNESS James Witherell, one of the judges of our Said Supreme Court, the thirty first day of august one thousand eight hundred eleven.

PETER AUDRAIN    clk. S.C.T.M.

370

[Indorsement]

let bail be taken in the sum of seven hundred dollars—

J. WITHERELL
one of the Judges of
the Terr^y of Michigan

filed in court 27 Sept^ber 1814

[Case 376, Paper 3]

The Suit or Suits, instituted in the name of William Gray, against Augustus B. Woodward, in the Territory of Michigan, wherein I was of Counsel for the Plaintiff are dismissed—

March 9th 1814

HARRIS H. HICKMAN

[In the handwriting of Harris H. Hickman]